CO-386
R... 03



**FILED**

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Indoor Range Operating Co, LLC*
        Plaintiff

v.

*Michael J. Sullivan*
        Defendant

Case: 1:07-cv-01844
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/12/2007
Description: Admn. Agency Review

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _Plaintiff_, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Indoor Range Operating Co, LLC_, which have any outstanding securities in the hands of the public. _None_

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Richard E. Gardiner_ (signature)
Signature

RICHARD E. GARDINER
Print Name

386915
Bar Identification Number

Suite 404, 10560 Main Street
Address

Fairfax, VA 22030
City            State    Zip

(703) 352-7276
Telephone Number

2