IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDOOR RANGE ) | |
| OPERATING COMPANY LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-1844 |
| ) | |
| MICHAEL J. SULLIVAN ) | |
| ) | |
| Defendant ) | |

**<u>NOTICE OF DISMISSAL</u>**

COMES NOW Plaintiff, by counsel, and notifies the court, pursuant to Rule 41(a)(1)(i), that it is dismissing this matter.  This matter may be dismissed as Defendant has not served an answer or a motion for summary judgment.

Respectfully submitted,

Indoor Range Operating Compnay, LLC
By counsel

/s/_____
Richard E. Gardiner
Suite 404
10560 Main Street
Fairfax, VA 22030
(703) 352-7276
D.C. Bar No. 386915