UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDOOR RANGE OPERATING COMPANY LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil No. 07-1844 (EGS) |
| MICHAEL J. SULLIVAN<br>Acting Director Bureau of Alcohol, Tabacco Firearms & Explosives | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov